**Order entered October 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00983-CV

## FRIEDMAN & FEIGER, L.L.P., Appellant

## V.

## DEION L. SANDERS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02996-2016**

## ORDER

The Court **GRANTS** appellant's October 3, 2016 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **TWENTY-FOUR DAYS** from the date of this order.

/s/    CRAIG STODDART
       JUSTICE